UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


In Re: AMANDA SHANK

_____/

Case No.

Hon. Hala Y. Jarbou


**SUMMONS TO APPEAR**

You are hereby ORDERED to appear before the Honorable Hala Y. Jarbou, Chief United

States District Judge, at **128 Federal Building, Lansing, Michigan,** on **Tuesday, September**

**17, 2024, at 11:00 AM** regarding your Grand Jury services. Failure to appear may result in

sanctions.

**IT IS SO ORDERED.**


Dated: September 6, 2024

/s/ Hala Y. Jarbou
_____
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE